UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER WAGLEY, ET AL

VERSUS

STATE NATIONAL INSURANCE
COMPANY, ET AL

CIVIL ACTION

NUMBER 13-98-BAJ-SCR

## RULING
## and ORDER OF REMAND

The Court has carefully considered the motion to remand, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 12, 2013 (doc. 10), to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion to remand (doc. 10) filed by plaintiffs Christopher and Jennifer Wagle is GRANTED.

IT IS ORDERED that this matter be, and it hereby is, remanded to the 23rd Judicial District Court, Parish of Ascension, State of Louisiana.

Baton Rouge, Louisiana, September 30, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

23rd JDC